IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JONATHAN B. AFLATOUNI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. 4:16-cv-00632 |
| | § | |
| LIBERTY INSURANCE | § | |
| CORPORATION | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day came on to be heard the parties' Joint Motion to Dismiss with Prejudice. Having considered the motion [de #12], the court is of the opinion that the motion should be GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that all claims that have been and/or could have been asserted in the above-styled lawsuit by Plaintiff Jonathan B. Aflatouni against Defendant Liberty Insurance Corporation are hereby dismissed with prejudice to the re-filing of same, with costs of court to be taxed against the party incurring the same. All relief not expressly granted herein is DENIED.

**IT IS SO ORDERED**.

SIGNED this the 7th day of March, 2017.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE